## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of November, 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, rephrased for clarity, is:

Whether petitioners have standing to raise constitutional challenges to 15 Pa.C.S. § 1929.1 based upon its alleged violation of the Commerce Clause and Equal Protection Clause.

Justice GREENSPAN did not participate in the consideration or decision of this matter.

---

982 A.2d 1225

**Karen PRIDGEN, Individually and as Personal Representative of the Estate of Lendon N. Pridgen, Deceased, and as Personal Representative of the Estate of Anthony W. Cipparone, Deceased and Denise Diggen, Individually and as Personal Representative of the Estate of Daniel Diggen, Deceased and Debra Johnson, Individually and on behalf of Tyler Johnson, as Parent and Natural Guardian of Tyler Johnson, a Minor**

v.

**PARKER HANNIFIN CORPORATION and Basco Flying Service, Inc. and Textron Lycoming Reciprocating Engine Division and Textron, Inc. and AVCO Corporation**

**Petition of Textron Inc., AVCO Corporation and Textron Lycoming Reciprocating Engine Division.**

No. 128 EM 2009.

Supreme Court of Pennsylvania.

Nov. 4, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of November, 2009, the Petition for Allowance of Appeal, treated as an Application for Relief per Pa.R.A.P. 123 is **DENIED.**